**Ira M. PETERSIME and Ray Petersime, Trading as Ira M. Petersime & Son, v. BUCKEYE INCUBATOR COMPANY and Samuel B. Smith.**

Circuit Court of Appeals, Sixth Circuit.
June 10, 1927.

No. 4778.

Cross-Appeal from the District Court of the United States for the Southern District of Ohio; Smith Hickenlooper, Judge.

See, also, 19 F.(2d) 721.

Toulmin & Toulmin, of Dayton, Ohio, for cross-appellants.

Staley & Bowman, of Springfield, Ohio, for cross-appellees.

PER CURIAM. Decree of District Court affirmed, with costs.

---

2

**Harry RABINER, Plaintiff in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit.
November 28, 1927.

No. 7948.

In Error to the District Court of the United States for the Northern District of Iowa.

M. F. Healy, Seth Thomas, B. J. Price, and B. B. Burnquist, all of Ft. Dodge, Iowa, for plaintiff in error.

B. E. Rhinehart, U. S. Atty., of Anamosa, Iowa.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of plaintiff in error.

---

3

**REPUBLIC CHEMICAL CORPORATION, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Third Circuit.
November 3, 1927.

No. 3635.

In Error to the District Court of the United States for the Western District of Pennsylvania; Frederic P. Schoonmaker, Judge.

George Wasser and Charles B. Prichard, both of Pittsburgh, Pa., for plaintiff in error.

John D. Meyer, U. S. Atty., and Joseph A. Richardson, Asst. U. S. Atty., both of Pittsburgh, Pa., for the United States.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge. This case is thus aptly summarized in the opinion of the court below: "But one question presents itself for decision under the pleadings and evidence in the case; i. e., was this completely denatured alcohol property designed for the manufacture of liquor intended for use in violation of the National Prohibition Act?" Following this statement, that court fully discussed the evidence on which it based its decree, and as the proofs lead us to the same conclusion, and nothing but the fact questions are involved, we limit ourselves to stating the judgment below is affirmed.

---

4

**RIVERSIDE & FT. LEE FERRY COMPANY, Libelant-Appellant, v. Steamship DE WITT CLINTON; Hudson River Day Line, Claimant-Appellee.**

Circuit Court of Appeals, Second Circuit.
December 5, 1927.

No. 92.

Appeal from the District Court of the United States for the Southern District of New York.

Bigham, Englar & Jones, of New York City (Leonard J. Matteson and Richard F. Shaw, both of New York City, of counsel), for appellant.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (J. Harvey Turnure and W. H. McGrann, both of New York City, of counsel), for appellee and the De Witt Clinton.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.